UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. **CV 11-5229-VBF(Ex)**          Dated: **July 19, 2011**

Title:    John Doe, MD -v- Southern California Permanente Medical Group, et al.

---

PRESENT: HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

| Joseph Remigio | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                         None Present

**PROCEEDINGS (IN CHAMBERS):**       **COURT ORDER CLOSING CASE**

The Court has received Stipulation of Voluntary Dismissal of Entire Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (dkt. #9). In accordance with such Stipulation, the Court hereby takes all future dates off calendar, and this case is **CLOSED**.

**IT IS SO ORDERED.**